**UNITED STATES of America v. Lena G. CLARKE and John Skinner, Executor of the Estate of Frank C. Clarke.**

No. 513.

Circuit Court of Appeals, Tenth Circuit.
July 20, 1931.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellant.

U. S. Weary, of Junction City, Kan., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.
Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. Reese E. DAVIS, Appellee.**

No. 6513.

Circuit Court of Appeals, Ninth Circuit.
Feb. 10, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.
Ordered appeal dismissed in above cause pursuant to stipulation of counsel for the respective parties; mandate forthwith.

**UNITED STATES of America v. Viola L. FRIEDLEY et al.**

No. 554.

Circuit Court of Appeals, Tenth Circuit.
Sept. 21, 1931.

Fred A. Wagoner, Asst. U. S. Atty., of Oklahoma City, Okl.

Merle G. Smith, of Guthrie, Okl., for appellee.

Before COTTERAL and PHILLIPS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.
Appeal dismissed on motion of appellant.

**UNITED STATES of America v. Rufus JACKSON.**

No. 590.

Circuit Court of Appeals, Tenth Circuit.
Dec. 21, 1931.

A. E. Williams, Asst. U. S. Atty., of Tulsa, Okl.

Harper & Lee, of Tulsa, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed, on motion of appellant.